No. 03–9992.  ANDERSON *v.* DEMIS.  Cir. Ct. Ingham County, Mich.  Certiorari denied.

No. 03–9993.  EDDY *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–9994.  CORRADINI *v.* CORRADINI.  C. A. 6th Cir.  Certiorari denied.

No. 03–9997.  GRAY *v.* EDWARDS ET AL.  Ct. App. D. C.  Certiorari denied.

No. 03–9998.  MILLER *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 03–10003.  LIVINGSTON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–10006.  MCCORMICK *v.* DEMPSTER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–10008.  SMITH *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 03–10017.  REED *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–10019.  WILLIAMS *v.* LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10020.  NANTHABOUTHDY *v.* HUMPHREY, WARDEN.  Super. Ct. Mitchell County, Ga.  Certiorari denied.

No. 03–10021.  TAYLOR *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 03–10023.  LAVIGNE *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–10029.  BARBOA, AKA SANDOVAL *v.* BAIRD ET AL.  C. A. 10th Cir.  Certiorari denied.